IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cr-029-MEF |
| | ) | |
| LEMONT ISREAL NORWOOD and | ) | |
| JASON EVERETT WALKER | ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 21, 2008 (Doc. #38), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that the motions to suppress filed by the defendants (Doc. #30 & #31) are DENIED.

DONE this the 6th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE